## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

HECTOR LUIS MARQUEZ-FIGUEROA
REG. #23474-069                                                                    PETITIONER

VS.                              2:05CV00170 JMM/JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                             RESPONDENTS

### ORDER

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241, and has paid the $5.00 filing fee. (Docket entries #1 and #2.) Therefore, the Court will order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.     The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2.     Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this    8th    day of September, 2005.


_____
UNITED STATES MAGISTRATE JUDGE